UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:20-cv-00117-SEB-DML ) |
| MICHAEL CAMPBELL, KIAH JACOBS, ONECIS INSURANCE COMPANY, | ) ) ) ) |
| Defendants. | ) ) |

## Notice of Settlement

Under Local Rule 7-1(h), Defendants Michael Campbell, Kiah Jacobs, and OneCIS Insurance Company, by counsel, inform that Court that the parties have reached a settlement in this matter. The Parties will file a joint stipulation of dismissal under Rule 41(a)(1)(A)(ii) seven days after execution of the settlement agreement.

Respectfully submitted,

/s/ Tracy N. Betz
Tracy N. Betz, Atty. No. 24800-53
Steven T. Henke, Atty. No. 33708-32
Adam D. Zacher, Atty. No. 34267-53
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone: (317) 713-3500
tbetz@taftlaw.com
shenke@taftlaw.com
azacher@taftlaw.com
*Attorneys for OneCIS Insurance Company, Michael Campbell, and Kiah Jacobs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

/s/ *Tracy N. Betz*
Tracy N. Betz, Esq.