# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | |
|---|---|
| THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, | CIVIL ACTION NO.<br><br>4:20-cv-00117-SEB-DML |
| *Plaintiff/Counterclaim Defendant,* | |
| v. | |
| MICHAEL CAMPBELL, KIAH JACOBS, AND ONECIS INSURANCE COMPANY, | |
| *Defendants/Counterclaim Plaintiffs.* | |

## STIPULATION OF DISMISSAL

Plaintiff/Counterclaim Defendant, the Hartford Steam Boiler Inspection and Insurance Company ("HSB") and Defendants/Counterclaim Plaintiffs Michael Campbell, Kiah Jacobs, and OneCIS Insurance Company's (the "OneCIS Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, agree and stipulate that the above-entitled action be dismissed with prejudice with costs and attorneys' fees paid by their respective parties, because all matters in controversy for which this action was brought have now been fully settled, compromised and resolved.

Respectfully submitted,

_____
Robert Bernstein(admitted pro hac vice)
Michael Slocum (admitted pro hac vice)
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 360-7946
bernsteinrob@gtlaw.com
slocumm@gtlaw.com


F. Anthony Paganelli, Atty. No. 18425-53
PAGANELLI LAW GROUP
10401 N. Meridian Street, Suite 450
Indianapolis, IN 46290
Telephone: (317) 550-1855
tony@paganelligroup.com
stephanie@paganelligroup.com

/s/ Tracy N. Betz
Tracy N. Betz, Atty. No. 24800-53
Steven T. Henke, Atty. No. 33708-32
Adam D. Zacher, Atty. No. 34267-53
TAFT STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204-2023
Telephone: (317) 713-3500
tbetz@taftlaw.com
shenke@taftlaw.com
azacher@taftlaw.com

*Attorneys for OneCIS Insurance Company,*
*Michael Campbell, and Kiah Jacobs*


## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2022, I caused to be electronically filed the

foregoing document with the Clerk of the Court and served all parties of record using the

electronic court filing system.

_____

| | |
|---|---|
| THE HARTFORD STEAM BOILER INSPECTION AND INSURANCE COMPANY, | CIVIL ACTION NO. |
| | 4:20-cv-00117-SEB-DML |
| *Plaintiff/Counterclaim Defendant,* | |
| v. | |
| MICHAEL CAMPBELL, KIAH JACOBS, AND ONECIS INSURANCE COMPANY, | |
| *Defendants/Counterclaim Plaintiffs.* | |

## ORDER ON STIPULATION OF DISMISSAL

This matter is before the Court Plaintiff/Counterclaim Defendant, the Hartford Steam Boiler Inspection and Insurance Company ("HSB") and Defendants/Counterclaim Plaintiffs Michael Campbell, Kiah Jacobs, and OneCIS Insurance Company's (the "OneCIS Parties") Stipulation of Dismissal. The Court, having considered the Stipulation and being otherwise duly advised in the premises, now finds that this matter is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall be responsible for bearing their own costs and attorneys' fees.

SO ORDERED.

This _____ day of _____ 2022.

_____
Judge, United States Magistrate Judge
Southern District of Indiana

3

Distribution:

All ECF-registered counsel of record via
email generated by the Court's ECF System